**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EAST VILLAGE NEW DELI CORP.,

                     Plaintiff,

   -against-                                      20 **CIVIL** 7356 (PAE)

                                                **JUDGMENT**

UNITED STATES OF AMERICA, et al.,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 23, 2021, the Government's motion for summary judgment is granted in full; accordingly, the case is closed.

**Dated:** New York, New York

      November 24, 2021

                                                  **RUBY J. KRAJICK**

                                                    _____
                                                     **Clerk of Court**
**BY:**                       K. Mango
                                                     _____
                                                     **Deputy Clerk**